**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSE LUIS MENDOZA, et al., | Case No. 2:23-cv-00376-RFB-NJK |
| Plaintiff(s), | **Order** |
| v. | [Docket No. 15] |
| ANGELO JOSEPH GIORDANO, et al., | |
| Defendant(s). | |

Pending before the Court is Plaintiffs' affidavit in support of an order extending the time to effectuate service. Docket No. 11.[1] Extensions of the service deadline are obtained by showing good cause and such extensions may be provided even without such a showing. Fed. R. Civ. P. 4(m). Plaintiffs' motion to extend is **GRANTED**. The deadline to effectuate service is **EXTENDED** to November 1, 2023.

IT IS SO ORDERED.

Dated: July 10, 2023

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] This affidavit appears to actually be a motion, so it was filed using the incorrect docketing event. *See* Local Rule 2-2(b). The motion also relies incorrectly on the state rule regarding the deadline to effectuate service. Plaintiffs brought suit in this federal court. Counsel must familiarize himself with the rules and procedures of this Court.

1