**BECKSTROM & BECKSTROM, LLP**
James A. Beckstrom, Esq
Nevada Bar No. 14032
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
Telephone: (725) 300-0599
jb@beckstromlaw.com

**MANINGO LAW**
Lance A. Maningo, Esq.
Nevada Bar No. 6405
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
Telephone: (702) 626-4646
lance@maningolaw.com

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOSE LUIS MENDOZA, OSIRIS HAYMEE VEGA and TEQUILA CIEN RIFLES, LLC, an Arizona Limited Liability Company,<br><br>Plaintiffs,<br><br>vs.<br><br>ANGELO JOSEPH GIORDANO and MEXITALIA FAMILY HOLDINGS, LLC, a Nevada Limited Liability Company,<br><br>Defendants. | Case No.: 2:23-cv-00376-RFB-NJK |

### STIPULATION AND ORDER TO EXTEND RESPONSIVE PLEADING DEADLINE

Plaintiffs Jose Luis Mendoza, Osiris Haymee Vega and Tequila Cien Rifles, LLC (collectively "Plaintiffs"), by and through their counsel of record, Rulon J. Huntsman, Esq., of the Law Office of Rulon J. Huntsman; and Defendants Angelo Joseph Giordano and Mexitalia Family Holdings, LLC (collectively "Defendants"), by and through their counsel of record, James A. Beckstrom, Esq., with the law firm of Beckstrom & Beckstrom, LLP and Lance A. Maningo, Esq., with Maningo Law (collectively the "Parties"), hereby stipulate and agree as follows:

1.  Plaintiffs filed this action on March 9, 2023, and Defendants' responsive pleading deadline was July 31, 2023.

2.  Counsel for Defendants were just recently retained by Beckstrom & Beckstrom, LLP and Maningo Law regarding the above lawsuit on July 24, 2023.

3.  Mr. Maningo and Mr. Beckstrom, lead counsel for Defendants, were out of the jurisdiction on pre-planned vacations which resulted in delays in conferring with Defendants to provide necessary responses to the Complaint.

4.  Mr. Maningo and Mr. Beckstrom require an additional fourteen (14) days to meet and confer with Defendants to provide the appropriate responsive pleading, which contains an extensive set of allegations that require an extended client meeting.

5.  The Parties stipulate and agree that Defendants' time to file a responsive pleading shall be extended until August 14, 2023.

Dated this 27th day of July 2023.

Dated this 27 day of July 2023.

**BECKSTROM & BECKSTROM, LLP**

By: /s/ James A. Beckstrom
James A. Beckstrom, Esq.
Nevada Bar No. 14032
400 So. 4th Street, Suite 650
Las Vegas, Nevada 89101
jb@beckstromlaw.com

**MANINGO LAW**
Lance A. Maningo, Esq.
Nevada Bar No. 6405
400 So. 4th Street, Suite 650
Las Vegas, Nevada 89101
lance@maningolaw.com

*Attorneys for Defendants*

**LAW OFFICE OF RULON J. HUNTSMAN**

By: /s/ Rulon J. Huntsman
Rulon J. Huntsman, Esq.
Nevada Bar No. 0968
1850 E. Sahara Ave., Suite 103
Las Vegas, Nevada 89107
Rulon.Huntsman@outlook.com
*Attorneys for Plaintiffs*

## ORDER

**IT IS HEREBY ORDERED.**

Dated this 28th day of July 2023.

_____
UNITED STATES MAGISTRATE JUDGE