# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOSE LUIS MENDOZA, et al., | Case No. 2:23-cv-00376-RFB-NJK |
|     Plaintiff(s), | **Order** |
| v. | |
| ANGELO JOSEPH GIORDANO, et al., | |
|     Defendant(s). | |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). A joint proposed discovery plan must be filed by October 9, 2023.

IT IS SO ORDERED.

Dated: October 2, 2023

_____
Nancy J. Koppe
United States Magistrate Judge

1