# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOSE LUIS MENDOZA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ANGELO JOSEPH GIORDANO, et al., <br><br> Defendants. | Case No. 2:23-cv-00376-RFB-NJK <br><br> **ORDER** <br><br> [Docket No. 24] |

Pending before the Court is the parties' joint proposed discovery plan. Docket No. 24. The presumptively reasonable discovery period is 180 days. Local Rule 26-1(b)(1). The parties, however, seek a 205-day discovery period.[1] *See* Docket No. 24 at 1. When a specific showing has been made that established deadlines cannot be met in a particular circumstance, the Court has found good cause for extension. Here, the parties fail to provide any explanation to justify an extended discovery period or to comply with the requirements for special scheduling. *See id* at 1-3.

Accordingly, the parties' proposed discovery plan is **DENIED**. Docket No. 24. The scheduling order in this case will be as follows:

| | |
|---|---|
| Initial Disclosures: | October 20, 2023 |
| Add/Amend Pleadings: | November 14, 2023 |
| Initial Experts: | December 14, 2023 |
| Rebuttal Experts: | January 12, 2024 |
| Discovery Cut-Off | February 12, 2024 |
| Dispositive Motions: | March 13, 2024 |

---

[1] Discovery periods are calculated from the date the first defendant answers or otherwise appears in this case. Local Rule 26-1(b)(1).

1

| | | |
|---|---|---|
| Joint Pretrial Order: | | April 12, 2024, 30 days after the resolution of dispositive motions, or further Court order. |

Pursuant to Local Rule 26-3, any request for extension of any deadline must be made no later than 21 days prior to the expiration of the subject deadline and must be supported by good cause.

IT IS SO ORDERED.

Dated: October 10, 2023

_____
Nancy J. Koppe
United States Magistrate Judge