**BECKSTROM & BECKSTROM, LLP**
James A. Beckstrom, Esq.
Nevada Bar No. 14032
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
Telephone: (725) 300-0599
jb@beckstromlaw.com

**MANINGO LAW**
Lance A. Maningo, Esq.
Nevada Bar No. 6405
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
Telephone: (702) 626-4646
lance@maningolaw.com

*Attorneys for Defendants*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| JOSE LUIS MENDOZA, OSIRIS HAYMEE VEGA and TEQUILA CIEN RIFLES, LLC, an Arizona Limited Liability Company,<br><br>Plaintiffs,<br><br>vs.<br><br>ANGELO JOSEPH GIORDANO and MEXITALIA FAMILY HOLDINGS, LLC, a Nevada Limited Liability Company,<br><br>Defendants. | Case No.: 2:23-cv-00376-RFB-NJK |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Defendants Angelo Joseph Giordano and Mexitalia Family Holdings, LLC (collectively "Defendants"), by and through their counsel of record, James A. Beckstrom, Esq., of the law firm of Beckstrom & Beckstrom, LLP and Lance A. Maningo, Esq., of Maningo Law; Plaintiffs Jose Luis Mendoza, Osiris Haymee Vega and Tequila Cien Rifles, LLC (collectively "Defendants"), by and through their counsel of record, Rulon J. Huntsman, Esq., of Reliance Law Firm (collectively the "Parties"), hereby stipulate and agree as follows:

1. The Parties hereby dismiss the above-entitled matter with prejudice, having resolved all claims and allegations set forth within this action; and

2. The Parties shall each bear their own attorney fees and costs.

**IT IS SO STIPULATED**.

Dated this 10th day of April 2024.                    Dated this 10th day of April 2024.

**BECKSTROM & BECKSTROM, LLP**                        **RELIANCE LAW FIRM**

By: /s/   James A. Beckstrom                          By: /s/  Rulon Huntsman
  James A. Beckstrom, Esq.                              Rulon Huntsman, Esq.
  Nevada Bar No. 14032                                  Nevada Bar No. 968
  400 So. 4th Street, Suite 650                         1850 E. Sahara Ave., Suite. 103
  Las Vegas, Nevada 89101                               Las Vegas, Nevada 89104
  jb@beckstromlaw.com                                   Rulon.Huntsman@outlook.com
                                                         *Attorneys for Plaintiffs*

**MANINGO LAW**
  Lance A. Maningo, Esq.
  Nevada Bar No. 6405
  400 So. 4th Street, Suite 650
  Las Vegas, Nevada 89101
  lance@maningolaw.com

*Attorneys for Defendants*

**ORDER**

**IT IS HEREBY ORDERED.**

**DATED:** April 11, 2024.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**